**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

**SHORT FORM COMPLAINT AND JURY DEMAND**

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

**Plaintiffs**

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.
2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

**Defendants**

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | THE 3M COMPANY, f/k/a Minnesota Mining and Manufacturing Co. |
| Defendant 2 | AGC CHEMICALS AMERICAS INC. |
| Defendant 3 | AMEREX CORPORATION |
| Defendant 4 | ARCHROMA U.S. INC. |
| Defendant 5 | ARKEMA INC. |
| Defendant 6 | BASF CORPORATION, individually, and as successor in interest to Sandoz Chemical Corporation |
| Defendant 7 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 8 | CHEMDESIGN PRODUCTS INC. |
| Defendant 9 | CHEMGUARD INC. |
| Defendant 10 | CHEMICALS, INC. |
| Defendant 11 | CLARIANT CORPORATION, individually and as successor in interest to Sandoz Chemical Corporation |
| Defendant 12 | CORTEVA, INC., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 13 | DEEPWATER CHEMICALS, INC. |
| Defendant 14 | DUPONT DE NEMOURS INC., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 15 | DYNAX CORPORATION |
| Defendant 16 | E. I. DUPONT DE NEMOURS AND COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 17 | NATION FORD CHEMICAL COMPANY |
| Defendant 18 | NATIONAL FOAM, INC. |
| Defendant 19 | THE CHEMOURS COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 20 | THE CHEMOURS COMPANY FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 21 | TYCO FIRE PRODUCTS, LP, individually and as successor in interest to The Ansul Company |

| | |
|---|---|
| Defendant 22 | DOE DEFENDANTS 1-20, possible fictitious names whose present identities are unknown |
| Defendant 23 | |
| Defendant 24 | |
| Defendant 25 | |
| Defendant 26 | |
| Defendant 27 | |
| Defendant 28 | |
| Defendant 29 | |
| Defendant 30 | |

## **Jurisdiction and Venue**

4. Plaintiff alleges jurisdiction based on:

☒ Diversity

☒ Federal Question

☒ The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

☐ Other: ______________________________.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## **Plaintiff's Allegations of Exposure**

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

- Direct exposure to AFFF (i.e. use or handling of AFFF); and/or
- Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or
- Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

## **Plaintiff's Alleged Injuries**

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

   Kidney Cancer
   Testicular Cancer
   Thyroid Disease
   Ulcerative Colitis
   Liver Cancer
   Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

**Causes of Action**

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

   Count I – Defective Design
   Count II – Failure to Warn
   Count III – Negligence
   Count IV – Negligence Per Se
   Count V – Trespass and Battery
   Count VI – Strict Product Liability
   Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
   Count VIII – Concealment, Misrepresentation, and Fraud
   Count IX – Conspiracy
   Count X – Wrongful Death
   Count XI – Loss of Consortium

   Other Causes of Action:
   Count XII – Gross Negligence
   Count XIII – Negligent Misrepresentation
   Count XIV – Willful & Wanton Misconduct
   Count XV – Punitive Damages
   Count XVI – Tolling of the Statute of Limitations –
   Count XVII – Discovery Rule & Fraudulent Concealment
   Count XVIII – ______________________________
   Count XIX – ______________________________
   Count XX – ______________________________

Others

---

---

---

**Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date: November 12, 2026

Respectfully Submitted,

*/s/ Randi Kassan*

Randi Kassan, Esq.
Milberg PLLC
100 Garden City Plaza, Suite 408
Garden City, NY 11530
Telephone: (516) 741-5600
Fax: (516) 741-0128
E-mail: RKassan@milberg.com

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873**[1]

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Bean, Thomas | 2/21/1962 | Oklahoma | U.S. District Court for the Western District of Oklahoma | Yes | Yes | Yes | Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 2. | Bowen, Richard | 1/3/1971 | Virginia | U.S. District Court for the Eastern District of Virginia | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 3. | Bray, Christopher | 4/15/1982 | Texas | U.S. District Court for the Southern District of Texas | Yes | Yes | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 4. | Chappell-Foreman, Briana | 9/26/1990 | Texas | U.S. District Court for the Northern District of Texas | Yes | Yes | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 5. | Daniels, Lisa | 11/25/1966 | West Virginia | U.S. District Court for the Southern District of West Virginia | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.
[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 6. | Dill, Kristin | 6/16/1988 | Alabama | U.S. District Court for the Northern District of Alabama | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 7. | Evans, Markeya | 4/13/1990 | Ohio | U.S. District Court for the Southern District of Ohio | Yes | Yes | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 8. | Felton, Quianee | 7/24/1995 | Florida | U.S. District Court for the Middle District of Florida | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 9. | Fredenburg, Allen | 5/20/1985 | Texas | U.S. District Court for the Northern District of Texas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 10. | Goshen, Vivian | 11/19/1972 | Tennessee | U.S. District Court for the Western District of Tennessee | Yes | Yes | Yes | Liver Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 11. | Gossard, Harry | 8/20/1945 | Maryland | U.S. District Court for the State of Maryland | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 12. | Green, Phaedra | 9/30/1977 | Texas | U.S. District Court for the Southern | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | District of Texas | | | | | XIII, XIV, XV, XVI, XVII |
| 13. | Haley, Malcolm | 2/5/1976 | Louisiana | U.S. District Court for the Eastern District of Louisiana | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 14. | Hayes, Darrion | 1/11/1999 | California | U.S. District Court for the Central District of California | Yes | Yes | Yes | Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 15. | Hendricks, Marekuys | 4/19/1992 | Illinois | U.S. District Court for the Northern District of Illinois | Yes | Yes | Yes | Liver Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 16. | Howell, Shareef | 12/19/1986 | California | U.S. District Court for the Central District of California | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 17. | Janeau, Latasha | 2/15/1979 | Louisiana | U.S. District Court for the Eastern District of Louisiana | Yes | Yes | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 18. | Johnson, Trina | 10/8/1982 | New Mexico | U.S. District Court for the State of New Mexico | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 19. | Kies, Shelly | 1/13/1969 | North Carolina | U.S. District Court for the Eastern District of North Carolina | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 20. | King, Fran | 1/13/1962 | West Virginia | U.S. District Court for the Southern District of West Virginia | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 21. | Kozlowski, Rosaline | 7/16/1954 | Illinois | U.S. District Court for the Northern District of Illinois | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 22. | McCray, Leslie | 8/24/1971 | Florida | U.S. District Court for the Southern District of Florida | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 23. | Middleton, Allen | 7/15/1967 | Georgia | U.S. District Court for the Southern District of Georgia | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 24. | O'Connell, Evan | 12/3/1994 | Florida | U.S. District Court for the Middle District of Florida | Yes | Yes | Yes | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 25. | Paige, Kenesha | 10/13/1995 | Illinois | U.S. District Court for the Northern | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | District of Illinois | | | | | XIII, XIV, XV, XVI, XVII |
| 26. | Patterson, Jeannie o/b/o the Estate of Billy Patterson, deceased | 7/2/1960 | Oklahoma | U.S. District Court for the Western District of Oklahoma | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, X, XII, XIII, XIV, XV, XVI, XVII |
| 27. | Ramsey, George | 2/17/1960 | Missouri | U.S. District Court for the Eastern District of Missouri | Yes | Yes | Yes | Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 28. | Rorie, Carlos | 5/5/1981 | Georgia | U.S. District Court for the Middle District of Georgia | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 29. | Salerno, Patrick | 7/19/1968 | Michigan | U.S. District Court for the Western District of Michigan | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 30. | Stubbs, Telithia | 8/28/1975 | Ohio | U.S. District Court for the Northern District of Ohio | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 31. | Thaxton, Felix | 8/26/1962 | Hawaii | U.S. District Court for the State of Hawaii | Yes | Yes | Yes | Liver Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 32. | Toomer, Yvonne o/b/o the Estate of Cornelius Toomer, deceased | 7/17/1952 | Virginia | U.S. District Court for the Eastern District of Virginia | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, X, XII, XIII, XIV, XV, XVI, XVII |
| 33. | White, Flor | 9/20/1966 | Texas | U.S. District Court for the Northern District of Texas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 34. | Williams, Pierre | 5/28/1982 | Wisconsin | U.S. District Court for the Eastern District of Wisconsin | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 35. | Young, Christine | 4/9/1984 | Georgia | U.S. District Court for the Southern District of Georgia | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |